IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GABRIEL PITTMAN,** | **CIVIL ACTION NO. 1:24-CV-1241** |
| Petitioner | (Judge Neary) |
| v. | |
| **JOHN RIVELLO,** | |
| Respondent | |

## ORDER

AND NOW, this 21st day of February, 2025, upon consideration of the petition (Doc. 1) for writ of habeas corpus, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The Pennsylvania Attorney General's Office is DISMISSED as a respondent in this action.

2. The petition (Doc. 1) for writ of habeas corpus is DISMISSED with prejudice.

3. A certificate of appealability shall not issue.

4. The Clerk of Court is directed to CLOSE this case.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania